IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DONOVAN WILLINGHAM**                                      **PLAINTIFF**

**v.**                                                                         **No. 3:20CV222-JMV**

**WARDEN R. VEGARA**                                         **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

    **SO ORDERED**, this, the 14th day of September, 2020.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE